■ CRK CONTRACTING OF SUFFOLK, INC., Appellant, v HARTFORD FIRE INSURANCE COMPANY, Respondent. [686 NYS2d 737] —In an action to recover upon a labor and material payment bond, the plaintiff appeals from a judgment of the Supreme Court, Kings County (Golden, J.), entered August 20, 1997,

which, upon a jury verdict, is in favor of the defendant and against it dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

The plaintiff's claim that it was deprived of a fair trial is without merit. " 'A Trial Judge may "assume an active role in the examination of witnesses where proper or necessary * * * to facilitate or expedite the orderly progress of the trial" ' " (*Givens v Sinert,* 243 AD2d 443). Nor did the court improvidently exercise its discretion in excluding certain evidence on the ground that it was irrelevant, collateral, or otherwise incompetent (*see, Coopersmith v Gold,* 89 NY2d 957, 959; *Feldsberg v Nitschke,* 49 NY2d 636, 643; *see also,* Prince, Richardson on Evidence § 8-305 [Farrell 11th ed]).

The plaintiff's remaining contentions are either unpreserved for appellate review, without merit, or both. Ritter, J. P., Altman, Goldstein and McGinity, JJ., concur.